IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK NATIONAL TRUST COMPANY,

      Plaintiff,     No. 2:11-cv-3306 LKK GGH PS

  vs.

ERIC DFORTUNATTO DREW, et al.,

      Defendants.     ORDER
_____/

      On August 22, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

      Although it appears from the file that defendants' copy of the findings and recommendations was returned, defendants were properly served.  It is the defendants' responsibility to keep the court apprised of their current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

      Accordingly, the court presumes any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

Accordingly, IT IS ORDERED that the Findings and Recommendations filed August 22, 2012, are ADOPTED and

1. The action is remanded to the Superior Court of California, County of San Joaquin, Stockton Branch;

2. The Clerk is directed to serve a certified copy of this order on the Clerk of the Superior Court of California, County of San Joaquin, Stockton Branch, and reference the state case number (39-2011-00267245-CL-UD-STK) in the proof of service; and

3. The Clerk is directed to close this case.

DATED: November 7, 2012.

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```